# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2011

Robert P. Young, Jr.,
Chief Justice

142745

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

JUDY MURPHY,
        Petitioner-Appellant,

v

SC: 142745
COA: 298607
Kalamazoo CC: 09-000556-AA

MICHIGAN PUBLIC SCHOOL EMPLOYEES'
RETIREMENT SYSTEM,
        Respondent-Appellee.

_____/

      On order of the Court, the application for leave to appeal the February 18, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2011

Clerk

y1017